# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Diego Rey Gonzalez,<br><br>　　　　　Defendant. | No. CR-22-01857-010-TUC-JCH (BGM)<br><br>**ORDER** |

Before the Court is *Defendant's Motion to Dismiss Count 51 of the Indictment With Prejudice* ("Motion") (Doc. 279). The Government having no objection, and good cause appearing,

**IT IS ORDERED GRANTING** Defendant's Motion (Doc. 279). Count 51 of the Indictment is **DISMISSED WITH PREJUDICE**.

Dated this 22nd day of March, 2024.

John C. Hinderaker
United States District Judge